IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KELLY TARRANT, | ) | |
| | ) | Case No. 25 cv 14692 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Coleman |
| v. | ) | |
| | ) | Magistrate Judge Jantz |
| CHICAGO BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:**   Anthony J. Peraica
Peraica & Associates, Ltd.
5130 S. Archer Avenue
Chicago, Illinois 60632
support@peraica.com

   PLEASE TAKE NOTICE that on Thursday, December 11, 2025, at the hour of 10:15 a.m., or as soon thereafter as counsel may be heard, Defendant's attorney will appear before the Honorable Sharon Johnson Coleman, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 1241, Chicago, Illinois, or such other Judge as may be sitting in her stead, and present the attached *Defendant's Motion For Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint.*

   Respectfully submitted,

   **BOARD OF EDUCATION OF
   THE CITY OF CHICAGO**

   By:  /s/  *David V. Cascio*

David V. Cascio
Megan M. Wilkes
Laner Muchin, Ltd.
Counsel for Defendant
515 North State Street, Suite 2400
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
*dcascio@lanerlaw.com*
*mwilkes@lanerlaw.com*

**CERTIFICATE OF SERVICE**

David V. Cascio, an attorney, hereby certifies that on December 4, 2025, he filed the foregoing Notice of Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint electronically in the above-captioned matter, using the Court's CM/ECF System, which will generate notice of this filing to all counsel of record and served via electronic mail, at the address listed below:

> Anthony J. Peraica
> Anthony J. Peraica & Associates, Ltd.
> Attorneys for Plaintiff
> 5130 S. Archer Avenue
> Chicago, Illinois 60632
> *support@peraica.com*

/s/ *David V. Cascio*