UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELLY TARRANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2025 CV 14692 |
| | ) |
| CHICAGO BOARD OF EDUCATION, | ) Hon. Sharon Johnson Coleman |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS
COUNT II OF PLAINTIFF'S AMENDED COMPLAINT**

Defendant, Chicago Board of Education ("Defendant" or the "Board"), by and through its attorneys, herein moves this Court, pursuant to Rule 12(b)(6), for dismissal with prejudice of Count II of Plaintiff's Amended Complaint. In support of this Motion, Defendant states the following:

1. Constructive discharge (or resignation) is insufficient to state a claim for retaliatory discharge.

2. Retaliatory discharge requires actual discharge to be actionable.

3. Here, Plaintiff fails to state a claim in Count II for retaliatory discharge because Plaintiff was not terminated. Rather, she resigned and, instead, asserts a theory of constructive discharge.

4. Therefore, Plaintiff fails to state a cognizable claim for retaliatory discharge, and Count II should be dismissed with prejudice.

5. Filed concurrently with this Motion is a Memorandum that more fully articulates the factual and legal basis for this Motion, which is incorporated herein.

WHEREFORE, Defendant, Chicago Board of Education, respectfully requests that this Honorable Court grant this Motion, dismissing Count II from Plaintiff's Amended Complaint with prejudice, and grant such other and further relief as the Court deems just and proper.

1

Dated: January 30, 2026                        CHICAGO BOARD OF EDUCATION,
                                               Defendant

                                               By:    /s/ David V. Cascio
                                                      David V. Cascio
                                                      One of Its Attorneys

David V. Cascio
LANER MUCHIN, LTD.
515 North State Street, Suite 2400
Chicago, IL 60654
(312) 467-9800 / (312) 467-9429 (fax)
Attorney for Defendant Chicago Board of Education

## CERTIFICATE OF SERVICE

David V. Cascio, an attorney, hereby certifies that he caused the foregoing Motion to Dismiss in the above-captioned matter to be served via the electronic filing system to the Clerk of the Court to the parties of record listed below, on this 30th day of January 2026:

Stephen F. Boulton
Anthony J. Peraica & Associates, Ltd.
5130 South Archer Avenue
Chicago IL 60632
(773) 735-1700

                                                      /s/ David V. Cascio
                                                      David V. Cascio

2