**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KELLY TARRANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2025 CV 14692 |
| | ) | |
| CHICAGO BOARD OF EDUCATION, | ) | Hon. Sharon Johnson Coleman |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO WITHDRAW AND RESUBMIT DEFENDANT'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED**
**COMPLAINT**

Defendant, Chicago Board of Education, Education ("Defendant" or the "Board"), by and through its undersigned counsel, David V. Cascio of Laner Muchin, Ltd., and for its Motion to Withdraw and Resubmit Defendant's Answer and Affirmative Defenses to Plaintiff's Amended Complaint states as follows:

1.      On January 30, 2026, Defendant filed its Answer and Affirmative Defenses to Plaintiff's Amended Complaint. [Dkt. 19]

2.      After the pleading was filed, it was detected that the comment pane in the document had inadvertently not been closed and was visible in the filing.

3.      Defendant requests to be allowed to file a clean copy (removing the comment pane) of its Answer and Affirmative Defenses to Plaintiff's Amended Complaint and have Document No. 19 removed from the docket.

4.      Accordingly, Defendant requests that the Court issue an order allowing Document No. 19 to be withdrawn and that Defendants be allowed to file a substituted Answer and Affirmative Defenses, which only removes the comment pane.  Nothing else in the Answer and Affirmative Defenses will be altered.

5.      Defendant's counsel has conferred with Plaintiff's counsel about this Motion, and Plaintiff's counsel agreed to Defendant resubmitting its Answer and Affirmative Defenses to remove the comment pane.

WHEREFORE, Defendant requests, as stated above, for an Order directing the Court to withdraw Document No. 19 on the docket in this action and that Defendants be given leave to resubmit its Answer and Affirmative Defenses to Plaintiff's Amended Complaint without the comment pane.

Dated:  February 2, 2026                          CHICAGO BOARD OF EDUCATION,
                                                 Defendant


                                         By:      /s/ David V. Cascio
                                                 David V. Cascio
                                                 One of Its Attorneys

David V. Cascio
LANER MUCHIN, LTD.
515 North State Street, Suite 2400
Chicago, IL 60654
(312) 467-9800 / (312) 467-9429 (fax)
*dcascio@lanerlaw.com*
Attorney for Defendant Chicago Board of
Education

**CERTIFICATE OF SERVICE**

David V. Cascio, an attorney, hereby certifies that on February 2, 2026, he filed the foregoing **Agreed Motion to Withdraw and Resubmit Defendant's Answer and Affirmative Defenses to Plaintiff's Amended Complaint** electronically in the above-captioned matter, using the Court's CM/ECF System, which will generate notice of this filing to all counsel of record and served via electronic mail, at the address listed below:

> Stephen Boulton
> Anthony J. Peraica
> Anthony J. Peraica & Associates, Ltd.
> Attorneys for Plaintiff
> 5130 S. Archer Avenue
> Chicago, Illinois 60632
> *sboulton@peraica.com*
> *tony@peraica.com*

/s/ David V. Cascio