# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kelly Tarrant

                          Plaintiff,

v.                                                  Case No.: 1:25−cv−14692
                                                    Honorable Sharon Johnson Coleman

Chicago Board Of Education

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 2, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant's Motion to Strike Paragraph Nos. 53 to 73, 75, 88, and 95 of Plaintiff's Amended Complaint and to Seal Plaintiff's Original Complaint [20] is granted in part. The Clerk of the Court is directed to seal Plaintiff's original Complaint [1] and Amended Complaint [17]. The Court is additionally in receipt of Defendant's Motion to Dismiss Count II and sets a briefing schedule on the Motion as follows: Plaintiff shall file a response by 3/4/2026. Defendant shall file a reply by 3/18/2026. Once the matter is fully briefed, the Court shall take it under advisement. Status hearing set for 2/3/2026 is stricken. As this Court's website directs, the parties must provide courtesy copies in hard copy form of all substantive and/or dispositive motions, including the corresponding legal briefs and attachments. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.