# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kelly Tarrant
                         Plaintiff,

v.                                                Case No.: 1:25−cv−14692
                                                      Honorable Sharon Johnson Coleman

Chicago Board Of Education
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 3, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant's motion to withdraw and resubmit defendant's answer and affirmative defenses [24] is granted. The Clerk of Court is ordered to withdraw document no. 19 on the docket and defendant is given leave to resubmit its answer and affirmative defenses. No appearance necessary on 2/10/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.